## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

John Edward Morton
Morton Law LLC
P. O. Box 11950
Alexandria LA 71315

**REHEARING ACTION: March 23, 2011**

**Docket Number: 10   00904-CA**

**SHARON LECROY, ET AL.**
**VERSUS**
**BYRD REGIONAL HOSPITAL, ET AL.**

**Appealed from Vernon Parish Case No. 79,099, Div. B**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sharon LeCroy** has this day been

    **DENIED.**

cc: Frederick Bernard Alexius, Counsel for the Appellee
    John Gregory Bergstedt, Counsel for the Appellee
    Eugene Joseph Sues, Counsel for the Appellee
    Sarah Spruill Couvillon, Counsel for the Appellee